UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

                  Plaintiff,

vs.

BALLSY, INC.,

                  Defendant.

---------------------------------------------------------------x

Case No. 1:22-cv-00457-ER

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  July 15, 2022          **MIZRAHI KROUB LLP**

*[signature]*

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: July 15, 2022

**DENTONS US LLP (NY)**

_____

Karla Del Pozo García
1221 Avenue of the Americas
New York, NY 10020
212-768-5328
Email: karla.delpozogarcia@dentons.com

*Attorney for Defendant*

The Clerk of Court is respectfully directed to terminate the case.

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

July 15, 2022